Frederick W. **HILDITCH**, as Trustee, and American Chain Company, Inc., Plaintiffs Appellees, v. **BETHLEHEM BUMPER COMPANY**, Inc., Defendant Appellant.

Circuit Court of Appeals, Second Circuit. February 6, 1928.

No. 128.

Appeal from the District Court of the United States for the Eastern District of New York.

Nelson Littell, of New York City, for appellant.

Frederick S. Duncan and Oscar W. Jeffery, both of New York City, for appellees.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree (25 F.[2d] 353) affirmed, with costs.